GREENMAN *v.* CARPENTER.

(GILBERT, J. 1. Considering the charge as a whole and the portions upon which error is assigned, in connection with the plaintiff's petition, none of the grounds of the motion relating to the charge show error.

2. The ground complaining that the court allowed the defendant to testify as to "communications and contracts" with her husband is incomplete, as it sets out no evidence.

3. The verdict is supported by evidence.

*Judgment affirmed. All the Justices concur.*